| | |
|---|---|
| 1 | JOHN V. JOHNSON |
| | 341 Flume Street, Suite C |
| 2 | Chico, California 95928 |
| | Telephone: (530) 893-0696 |
| 3 | SBN 103137 |
| 4 | Attorney for Plaintiff |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| ZENA MAE ANDERSON, | ) | CIV. No. 2:18-cv-02809 AC |
| | ) | |
| Plaintiff, | ) | PLAINTIFF'S AMENDED MOTION AND |
| | ) | ORDER TO INCREASE THE PAGE |
| vs. | ) | LENGTH HER OPENING BRIEF |
| | ) | |
| NANCY A. BERRYHILL, Acting Commissioner | ) | |
| of the Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff contends that increasing the page length is warranted because this is the second time she has had to file a complaint in this Court in regards to her claim for Supplemental Security Income benefits under 42 U.S.C. Section 1614(a)(3)(A). This new action has increased the original Certified Transcript of Administrative Proceedings from 443 pages to a second Certified Transcript of Administrative Proceedings that now totals 1,357 pages. Plaintiff's first motion for summary judgment was 25 pages long, including Table of Contents and Table of Authorities, and now she has added an additional 600 pages of medical records.

///

///

///

///

///

1

Plaintiff moves this Court for an order to allow her to increase the page length of her opening brief by ten (10) pages from 20 pages to thirty (30) pages.

DATED: April 10, 2019                                Respectfully Submitted,

                                                                  / s / John V. Johnson

John V. Johnson
Attorney for Plaintiff

<u>ORDER</u>

APROVED AND SO ORDERED:

DATED: April 11, 2019                                _____
                                                                  ALLISON CLAIRE
                                                                   UNITED STATES MAGISTRATE JUDGE