MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| ZENA M. ANDERSON, | Case No.: 2:18-cv-02809-AC |
| Plaintiff, | **STIPULATION** |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from May 13, 2019 to **June 20, 2019**. This is Defendant's first request for extension. Good cause exists to grant Defendant's request for extension. Counsel was out of the office last month following the death of her two cousins, and uncle. As a result, Counsel attended funeral and prayer services and took care of her elderly mother, who became ill. Good cause also exits as Counsel also has over 100+ active social security matters, which require two or more dispositive motions per week until mid-July. Due to heavy caseload and unexpected leave, Counsel needs additional time to adequately review the transcript and properly respond to Plaintiff's Motion for Summary Judgment. The

parties further stipulate that the Court's Scheduling Order shall be modified accordingly. Defendant makes this request in good faith with no intention to unduly delay the proceedings. Counsel apologizes for the belated request, but made her request as soon as reasonably practicable, as she has been on sick/personal leave.

Respectfully submitted,

Dated: May 13, 2019     */s/ \* John V. Johnson*
(*as authorized by email on May 13, 2019)
JOHN V. JOHNSON
Attorney for Plaintiff

Dated: May 13, 2019     MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By    */s/ Tina L. Naicker*
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

## ORDER

**APPROVED AND SO ORDERED:**

DATED: May 14, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE