MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| ZENA M. ANDERSON,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:18-cv-02809-AC<br><br>**JOINT SITPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.** |

IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from August 8, 2019 to **August 26, 2019**. This is Defendant's third request for extension. Good cause exists to grant Defendant's request for extension. Counsel has been experiencing several migraines, up to two to three per week and has been out on intermittent sick leave. Good cause also exits as Counsel also has over 100+ active social security matters, which require two or more dispositive motions per week until mid-September, as well as three other pending Ninth Circuit matters, a miscellaneous litigation case, and several representative misconduct matters that require immediate investigation and attention. Due to heavy caseload and unexpected leave, Counsel

needs additional time to adequately review the transcript and properly respond to Plaintiff's Motion for Summary Judgment. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. Defendant makes this request in good faith with no intention to unduly delay the proceedings. Counsel apologizes for the belated request, but made her request as soon as reasonably practicable, as she has been on sick/personal leave.

Respectfully submitted,

Dated: August 8, 2019 /s/ * John V. Johnson
(*as authorized by telephone on August 8, 2019)
JOHN V. JOHNSON
Attorney for Plaintiff

Dated: August 8, 2019 MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By /s/ Tina L. Naicker
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

## ORDER

**APPROVED AND SO ORDERED:**

Dated: August 12, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE