MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| ZENA M. ANDERSON,<br><br>Plaintiff,<br><br>vs.<br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:18-cv-02809-AC<br><br>**JOINT SITPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.** |

IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from August 26, 2019 to **September 4, 2019**.[1] This is Defendant's fourth request for extension. Good cause exists to grant Defendant's request for extension. Counsel has had a flare-up of her health issues, including her carpal tunnel symptoms. Good cause also exits as Counsel has a Ninth Circuit brief due for multiple level agency and U.S. Attorney review this week. Due to heavy caseload and unexpected leave from Counsel's ongoing health issues, Counsel needs additional time to adequately review the transcript and properly respond to Plaintiff's Motion for Summary

---

[1] Counsel apologizes for the belated request, but had health issues on the date of the current filing deadline, as indicated herein.

Judgment. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. Defendant makes this request in good faith with no intention to unduly delay the proceedings. Counsel apologizes for the belated request, but made her request as soon as reasonably practicable, as she has been on sick/personal leave.

Respectfully submitted,

Dated: August 27, 2019         /s/ * John V. Johnson
                               (*as authorized by telephone on August 27, 2019)
                               JOHN V. JOHNSON
                               Attorney for Plaintiff


Dated: August 27, 2019         MCGREGOR W. SCOTT
                               United States Attorney
                               DEBORAH LEE STACHEL
                               Regional Chief Counsel, Region IX
                               Social Security Administration

                        By     /s/ Tina L. Naicker
                               TINA L. NAICKER
                               Special Assistant U.S. Attorney
                               Attorneys for Defendant

## ORDER

**APPROVED AND SO ORDERED:**


DATED: August 28, 2019         _____
                               ALLISON CLAIRE
                               UNITED STATES MAGISTRATE JUDGE