UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ZENA M. ANDERSON,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:18-cv-02809-AC<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT PURSUANT TO 28 U.S.C. § 2412(d).** |

Based upon the parties' Joint Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees, Costs, and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $7,750.00, as authorized by 28 U.S.C. §§ 2412, 1920, be awarded subject to the terms of the Joint Stipulation.

**IT IS SO ORDERED.**

Dated: July 14, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE